OPINION — AG — THE BANKING BOARD DOES NOT HAVE THE DISCRETION TO ALLOW THE MAINTENANCE AND OPERATION OF A DETACHED OUTSIDE FACILITY MORE THAN 1,000 FEET FROM THE MAIN BANK BY A RESULTING BANK. CITE: OPINION NO. 65-427, 6 O.S. 1965 Supp., 501 [6-501], 6 O.S. 1965 Supp., 415 [6-415](A), 6 O.S. 1965 Supp., 101-1503 [6-101-1503], 6 O.S. 1965 Supp., 1101-1110 [6-1101] — [6-1110], 6 O.S. 1965 Supp., 1102 [6-1102](2) (BRIAN UPP)